AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JERRY W. WYATT,**

       **Plaintiff,**

**vs.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SOCIAL**
**SECURITY,**

       **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-07-608**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE MARK R. ABEL**

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the Order filed June 23, 2008, JUDGMENT is hereby entered REMANDING this case for further proceedings.  This case is DISMISSED.**

Date: June 23, 2008

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk